Attachment 1 - Civil Complaint

Southern District of Texas
FILED

AUG 10 2020

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
Southern ~~NORTHERN~~ DISTRICT OF TEXAS
Houston DIVISION

Jose-Rex-Martinez-Jr
(Enter your full name)
Plaintiff(s)

CASE NUMBER: _____
(Supplied by Clerk's Office)

Palo Pinto Mineral Well's Police Department
Police officers ET; AL; Palo Pinto County ET; AL;
(Enter full name of each Defendant)   Fort Worth U.S.D.C. Judge
Defendant(s)

## COMPLAINT

First Paragraph (Name and Address of Plaintiff)

Second Paragraph (Name and Address(es) of Defendant(s))

Third Paragraph (Jurisdiction Plea)

Fourth Paragraph (Allegation 1)

Fifth Paragraph (Allegation 2) ...

    The final paragraph should contain a statement of the relief you are seeking.   This paragraph should not be numbered.

Signature
Name (Typed or Printed)
Address
Telephone Number

Jose-Rex-Martinez Jr
TDCJ ID # 02276708
Fort Stockton Unit
1536 IH-10 East
Fort Stockton Texas
79735

27

Rev. Ed. October 26, 2017

( Plaintiff's Name and Address )

FILED
AUG 10 2020
David J. Bradley, Clerk of Court

"PLAINTIFF"
Jose-Rex-Martinez Jr.
Fort Stockton NS Unit
1536 I-10 East
Fort Stockton Texas 79735

"DEFENDANT'S"

(Defendants Place of Employment)
(Name and Address)

1.) Mineral Wells Police Department ET; AL;

Mineral Wells Police Department Employment
512 Oak St.
Mineral Wells 76067

2.) Cristal Menchaca
Mineral Wells Police officer

Mineral Wells Police Department (Employmt)
512 Oak St. Mineral Wells Tx 76067

3.) Randall Caleb
Mineral Wells Police Officer

Mineral Wells Police Department (Employmt)
512 Oak St. Mineral Wells Tx 76067

3.) Judge Micheal Moore
In The 29th District Court
Palo Pinto Count, Palo Pinto Tx.

In the 29th District Court Palo Pinto Co. Emp'g
Palo Pinto Tx.
P.O. Box 187 Palo Pinto Tx. 76484-0187

4.) Kriste Burnett, District Att.
P.O. Box 340
Palo Pinto Texas 76484

District Att. Office
P.O. Box 340
Palo Pinto Tx 76484        } Employment

5.) Robert DeBorris
District Ass. Attorney
Palo Pinto Co.

District Att. Office
P.O. Box 340
Palo Pinto Tx 76484        } Employment

6.) Janie Glover
District Clerk of
29th District Court

29th District Clerk
P.O. Box 189
Palo Pinto Tx 76484        } Employment

7.) Grand Jury of Indictment
All Members of the July
Term of 2018

29th District Court Palo Pinto Co.
P.O. Box 189
Palo Pinto Texas 76484

Page 1 of 15

# Defendants Names and Addresses

8.) Jury of Trail all 12 of them
Defendants Place of Employment
Palo Pinto Co. P.O. Box 189
Palo Pinto TX. 76484

9.) Mineral Wells Police Department Staff. Detective Office et;al
Defendants Place of Employment
512 Oak St.
Mineral Wells Texas 76067

10.) Mike A Smiddy
P.O. Box 752
1301-B. S.E. 1st Street
Mineral Wells Tx 76068
Defendants Place of Employment
The Attorney at law

11.) Mr. Richard Ritchie
P.O. Box 98
Mineral Wells Tx 76068
Defendants Place of Employment
Attorney At Law.

13.) Waylon Boles II
Palo Pinto Co Sheriff office
& Juror
Defendants Place of Employment.
P.O. Box 189
Palo Pinto Tx 76484

14.) United States District Court
Clerk - Name Unknown
(Initial) - D.A.
501 West Tenth St. Room 310
Fort Worth Texas 76102
Defendants Place of Employment
U.S.D.C.

15.) United States District Court
Judge John McBryde
501 West Tenth St, Room 310
Fort Worth TX 76102
Defendants Place of Employment
U.S.D.C.

16.) Kristy Pigg
708. S.E. 2t 13th St
Mineral Wells Tx
76067
Defendant
Disabled.

("Jurisdiction Plea")

"A-Security-15-U.S.C."
Non-Judicial Proceedings,
Law of Commerce/Securities/
Commodities/Exchange/Constitutionality
of State Statues./Commercial Law

(1.) Unless Orders, Motions, Bonds, Contracts are ~~within~~ written in; I Correct-Sentence-Structure-Communication-Parse-Syntax Grammar. The State Have No-Lodial-Title.

(2.) That I am Competent to State to the Matters set forth herein.

(3.) That All the facts Stated herein are True, Correct, and Certain, admissible as Evidence, and if called upon as a witness, I will testify to their Veracity.

(4) That I have personal knowledge of the facts Stated herein.

(5.) Closure- That there are no planes in this Court, We are on level feild.

(6) There is No Adverb/Verb Illusions

(7.) There are No Boxes in this Court.

(8) Were going to use Sytax Language,.

(9) What we say is Not Two + To = 4

(10.) That the eternal, unchanged principals of Commercial Law are;

(a.) A Workman is worth of his hire

(b.) All are ~~equal~~ equal under the law.

(c.) In Commerce, Truth is Sovereign.

(d.) Subogation = The term used when a person who doesn't owe they pay it and then is entitled to remidies Offered by the creditor, This term is the devise that forces the person who owes the debt to pay for it.

(e) Truth is expressed in the form of Affidavit.

(f.) An Unrebutted Affidavit becomes the Judgement in Commerce.

(f) An Unrebutted Affidavit becomes the Judgement in Commerce

(g.) An Unrebutted Affidavit Stands as Truth in Commerce.

(h.) All Matters must be expressed to be resolved.

(i) He who leaves the battlefeild first loses by default.

(j.) Sacrafice is the measure of Credibility.

(k.) A lien or Claim can be satisfied only through an affidavit by a point-for-point rebuttal, resolution by jury or payment.

(11) That Commercial processes are Non-Judicial and Prejudicial Because;

(1) No Judge, Court, Government or any agencies thereof, or any other third party whatsoever, can abrogate anyones affidavit of Truth; and only a party affected by an Affidavit can speak and act for him/her and is soley

page 3 of 15

responsible for responding with his own affidavit of Correct-facts and affidavit of Truth which no one else can do for Him/Her.

(2) U.S. District Court, County and District Clerk unbond a Federal bonded vessel. Title 15 Violation.

(3) For it should be Noted that willfull Suppression of Evidence is a Felony.

(4) Any Cause of action will result in Law Suit.

(5) For the Vacation of the Qualifaction of the Foreign-State: Title ~28: U.S.C.S. ~ 2072 with the D.-C.-C.- ~ 44.1

(6) Attention; for the trap of the Citizens are with the claim of the fictional-Title ~28: U.S.C.S. ~2071: For the civil-Claim of the Uniform-Use in the United States District Court's (sic) is with the words of the future-tense of the fiction-Courts-English Language.

(7) ~For the Statement. "Recognition By Congress of the Board-Rule-Making Power of the Court ~~and~~ ~~~~~~ Procedure" will make (Rule-Making-Powers) "It" Possible for the court and uniform-Procedures" ("To"= for the future-Tense) is with an Assumption-Authority in the future, Against the Noe-Time-Jurisdiction of the C.-S.-S.-C.-P.-S.-G.- Laws, Rules or Claims.

(8) (For the title ~ 28: U.S.C.S. ~ 2071: Notes: Former Attorney-General: Cummings said, "Legislative-bodies Have Neither the time "To" Inquire Objective, (No-Contract), For the details of the Judicial-Procedures, (No-Cause), For the oppertunity "To" No Amendment or No Change.

(9) For the Word "To Inquire" In the future-Tense and "To Claim" (verb-Fiction) In the future tense is with the void of the Jurisdiction by, The Judgement of A thing in the "Now Tense" Neglect To The Due Process of Law with the Facts.

(10) For the Title ~ 28: U.S.C.S. ~ 2071: Notes; "The 1 Rules 2 of 1, Evidence 2 in 1 Fiction-Court 2" (Adverb-Verb) For the Proceeding (No Cause) Are with the Civil-Procedures (NoContract) in the other-Courts.

(11) For 4 the 1 court Coloring 2 of 1 Law 2, (Fiction-Verb)= Law of the foreign/fiction -Postal-Fringe-Flag or Adornments on the Flag of the Foreign/Fiction-Jurisdiction.

(12) ~For the Fictional-Title ~28: U.S.C.S.~2072(B); For the Rule against the abridge, enlarge or Modification of, any claim of the Person are with the law in the Conflict, Rules against the force or: effect with the Claims-Effect.

(13) For the Question; "How will the Citizens Stop the Fraud and; Justice?" "Justice"= Ju= No-Law, S= Speak, Ti = Title, CE= Judge <<<.

(Allegation's)

(Afficlavit of Obligation)

("Plain Statement of Facts")

(1) All officers, including, But not Limited to Judge, Barraster/District Attorney's Bailiff, Clerk and Police/Whitness have knowledge of Modified Languages Failed to stop or Correct such Mistake, Closure - Obstruct Modify Syntax, Docketed The Fraud; Failed to Correct - Fiction, Conspired in Criminal/Civil Actions without Correction of Docket, Obstruct - Modified Original Facts, Diprive Living - Jose-Rex-Martinez-Jr. - and -Jose-Rex-Martinez-Jr - and - Jose-Rex-Martinez-Jr From Correct information, Trail and Due Process, Rico, Unlawfull Arrest, No Jurisdiction - Under the Color of Law.;

(2) For Jose-Rex-Martinez-Jr; Committed No Crime or Tort.

(3) On Feburary 03, 2020 Plaintiff Jose-Rex-Martinez-Jr, filed "A-Security-15-U.S.C." In the United States District Court Northern District of Texas, Wichita Falls Division.

(4) U.S.D.C. Clerk Filed and assinged case No. 7:20-cv-00014-O; Martinez V. John Doe;

(5) On 2/5/20 the U.S.D.C. Wittchita Falls sent an Order Requesting Statement and Plaintiff; sent letter stating who He was refferring to in His Instrument, and it gotten corrected later.

(6) Complaint against all Defendants filed by; Jose-Rex-Martinez-Jr. was sent to U.S.D.C.

(7) Explantion Sheet was attached to Instrument of filing, Notifing U.S.D.C Clerk and Court, Proceedings are Non-Judicial.

(8) On 2/19/2020 I recieved a letter of case Transferred to the U.S.D.C. Northern District of Texas Fort Worth Division.

(9) New Case No. 4:20-cv-00147-A on 2/19/2020

10) Plaintiff Noticed the Instrument was Amended with a 42:U.S.C. 1983 Complaint which was sent from Fort Stockton Unit T.D.C.J Notorized in Unit Law Library. However Plaintiff Never gotten a Case No. Plaintiff Never gave the Courts Permission either."

(10) On 2/19/20 U.S.D.C. Clerk Fort Worth assigned Case No. 4:20-cv-00147-A Martinez V. Mineral Wells Police Department, Police Officers ET; AL;

(11) On Several occassions during the Month of March Plaintiff sent several Motions, along with warning and Notice of Constitutional Violations 7th 11th and 14th Amendments.

(12) 3/23/2020 Plaintiff Filed Motion (Commercial Affidavit Notice and Warning of Commercial Grace..., This Notice was also including Violations of 7th 11th and 14th Amendments.

(13) On 08/20/2020 Plaintiff filed Motion (Commercial Affidavit and Warning of Commercial Grace)., This Notice and Warning of Commercial Grace is Filed 90 days from the day of filing. U.S.D.C. Clerk at this time is to enter Default Judgement on Defendants and U.S.D.C. Judge is to Grant Plaintiff Relief Sought in Claim.

14) On 5/12/2020 got a Docketed Sheet

15.) On 6/9/2020 Plaintiff again wrote the U.S.D.C. about the Violations and told the U.S.D.C. I was writing the Supreme Justice.

16) Finally on the 2/28/2020 Plaintiff sent A letter to the U.S. S.E.C. concerning the Instrument.

(17) Plaintiff wrote the Chairman of the U.S. S.E.C. Mr Jay Clayton about Him Monitoring and Him Seeing my Fraudulent Unfair Trail in Palo-Pinto County, Palo-Pinto Texas, and the Fraud and Violation of Plaintiffs "A-Security-15-U.S.C."

18) U.S.D.C. Judge John McBryde On 3/3/20 sent Memorandum Opinion Dismissing Complaint, Judgement, under 28 U.S.C. §1915A(B)

19) U.S.D.C. Judge John McBryde, had Knowledge of Juridiction in "A-Security-15-U.S.C." Non-Judicial Proceedings.

20) Plaintiff even sent Several letters and Motions of Correct-Stop-Correct Sentence-Structure- Also Plaintiffs Notice and Warning of courts illegal Amending of Instruments. Plaintiff was ignore. When Ignorance is of No Exception especially in Law, or officers of Law.

(21) U.S.D.C. John McBryde, Conspired with Defendants in case to Dismiss case knowing he had No Jurisdiction, the commit Fraud, Amending and after Plaintiff Notified several time's, Judge John McBryd still intentionally knowing Frauded Plaintiffs Instrument "A-Security-15-U.S.C." Modifing Docket all Docket in the case was Modified, and Nature of Suit, Cause; in 42: U.S.C. 1983 Prisoner Civil Rights. That Court has Jurisdiction over and can Dismiss and Close. Not only Violating Federal laws, Conspiracy, Fraud and Constitutional Violations, Due Process, Under Color of Law.

(22) "A-Security-15-U.S.C." once filed becomes a Federal Document, A Securitie any kind of Modifications, Fraud is a Federal Offense.

(23) Again on another Date of 03/09/2020 Plaintiff filed Notice and Warning of U.S. Constitutional Violations by. U.S.D.C.

(24) Plaintiff filed Motion for Miscellaneous Relief because "A-Security-15-U.S.C." is Non-Judicial, a Court or Judge, Government agency, Can Not Dismiss case or

page 6 of 15

close or Rule over "A Security 15 U.S.C." After Time Allowed to Rebut and Default Judgement Entered.

25.) The High Courts have further decreed that want of Jurisdiction Makes... "all acts of Judges, Magistrates, U.S. Marshalls, Sheriffs and local Police, All Void and Not Just Voidable." Nestor Vs. Hershey 425 F. 2d. 504.

(26.) The Order to Dismiss and Close Case No. 4:20-cv-00147-A Is: Void Judgement - "Which has No Legal force or effect, invalidity of which maybe asserted by any person whose rights are affected at any time and at any place directly or collaterally." Reynolds Vs. Volunteer State Life Ins. Co., Tex. Civ. App., 80 S.W. 2d 1087, 1092.

(27) Voidable Judgement - "One apparently Void, but Not Truth Wanting in some material respect." City of Lufkin Vs. McVicker, Tex Civ. App., 501 S.W. 2d. 141, 144.

(28) Plaintiff Sent the U.S.D.C. A Motion for Default Judgement on 4/27/2020 against all Defendants. Under Civ. R. Proc. 58.(2).(b).(e). and Civ. R. 58.(a)(b)(1). also Civ. Rule. 60.(b)(1)(2)(3)(4)(6).,

(29) U.S.D.C. Judge has Violated Plaintiffs Due Process so Did 29th District Court Judge, D. 45 Et, AL,, of Color of Law Under Color of Law. In the 14th Amendment of U.S. Constitution. Not Ruling on any Motions Filed by Plaintiff and Correcting Docket, reopening Case...,

(30) Plaintiff requested U.S.D.C. Correct and Rule on Pending Motions. Plaintiff was informed that case was closed and ruling of Pending Motions is at the Courts discretion. U.S.D.C. Judge had No Jurisdiction to close case 4:20-cv-00147-A

(31) It is a Fundamental principle in our institution, indispensable to the persevation of Public Liberty, that one of the separate departments of government shall Not Usurp Powers Committed by the Constitution to another department, Mugler Vs. Kansas, 123 U.S. 623, 663

(32.) That an officer or employee of the State or one of it's subdivisions is deemed to be acting under "Color of Law" as those deprivations of right committed in the fullfillment of the Task and obligations assigned to Him/Her. Monroe Vs. Page, (1961), 356 U.S. 167.

(33) Actions by State, Officers and Employees, even if unauthorized or in excess of authority, can be actions under "Color of Law." Springer Vs. Dilger, (1943), Ca. 10 Colo. 313, Fd 534.

(34) "With Regard particulary to the U.S. Constitution, it is elementary that a right secured or protected by that document cannot be overthrown or impaired by any State, Police authority." Donnolly Vs. Union Sewer Pipe Co., 184, U.S. 540; Lafarier Vs. Grand Truck R.R. Co., 24A. 848;

(35.) Economic necessity cannot Justify a disregard of Cardinal Constitution guarantee. Riley Vs. Certer, 165. OKAL 262; 25 P2d 666; 79ALR. 1018.

(36) When any Court Violates the Clean and Unambiguous language of the Constitution; A Fraud is perpetrated and No One is bound to obey it. (See; 16 Ma. Jur. 2d 177, 178) State Vs. Sutton, 63 Minn. 147, 65 N.W. 262, 30 L.R.A. 630 Am. 459.

(37) "The 'Liberty' guaranteed by the Constitution must be interpreted in the light of the Common Law, the principles and History of which were familar and known to the Framers of the Constitution. This liberty denotes the rights of the individual to engage in any of the Common occupations of life, to locomote, and generally enjoy those Rights long reconized at Common Law as essential to the orderly pursuit of Happiness by Free Man." Unite States Vs. Kim, Ark, 169 U.S. 649, 654.

(38) So with all of that in Mind, cite/deliver the cases above and you have given the agency, ect. Knowledge!

(39) Under U.S.C. Title 42 § 1986. Action for neglect to prevent... it States; Every person who, having Knowledge that any wrongs conspired or to be done... and having Power to Prevent or aid in Preventing... Neglects or Refuses so to do - Shall be liable to the Party injured... and;

(40) This Means of "Knowledge", especially where it consists of Public records is deemed in law to be "Knowledge" of the "facts". As the Means of "Knowledge" if it appears that the individual had Notice of information of the circumstances which would put him on inquiry, which if followed would lead to "Knowledge," or that the facts were presudeemed to have had actual Knowledge of the facts and maybe subsequently liable for any damage or injury.

(41) You; therefore have been given "Knowledge" of the "facts" as it pertains to this Conspiracy to Commit A Fraud against me.

(42) U.S.D.C. Judge had "Knowledge of the Facts" in case No. 4:20-CV-00147-A and conspired with (Mineral Wells Police Department, Police Officers ET; AL; Palo Pinto County District Attorneys office and Staff; Grand Jury; Trail Jury; 29th District Judge Micheal Moore; District Clerk; Defense Counsel; Appeal Counsel; St. Deputy of Palo Pinto County Waylon Boles II; ET; AL;) agency committed Fraud; Deceit; Coercion; Willfull intent to injure another; Concealed Evidence; Malicious acts; Rico activity and conspired by: Modified Docket; Amended "A-Security-15-U.S.C." Committed Fraud;

(43) Unconscionable "Contract" - One which No Sensible Man Not Under Delusion, or duress, or indistress would make, and such as no honest and fair Man would accept."; Franklin Fire Ins. Co. Vs. Noll, 115 Ind. App. 289, 58. N.E. 2d. 947, 949, 950; and;

(44) Since the "Consideration" is the "Life Blood" of any agreement or quasi-agreement; (Contractus) "...the absence of such from the record is a major manifestation of want, want of Jurisdiction, since without evidence of "Consideration." There can be No Presumption of even a quasi-contractus. Such is the important

importance of a "consideration." Reading R.R. Co. vs. Johnson, 7 W&S (Pa.), 317.

(45) "A State May Not impose a charge for the enjoyment of a right granted (sic) by the Federal Constitution"

(46) For it should be Noted that willfull suppression of evidence is a FELONY. Any cause for Action will result in law suit.

(47) Remedy and Recourse are (2) two Characteristics in every system of Law. Remedy and Recourse are found in the U.CC First Volume 1~207 and 1~103.

(48) I seek remedy and recourse, If Remedy is Not Granted without Prejudice -- I Living Jose-Rex-Martinez Jr.; The Executor of the Estate; Jose-Rex-Martinez-Jr.; (Legal-Fiction), Estate: Jose-Rex-Martinez-Jr.; Tax I.D. ending 2247; does Not exist, is not real, Is Fraudulant trust Exisited through, The Fictious use of language, and 150 Different Laws that Articulate, Fals- -and-Misleading Statements, Deprivation of Rights under the Coloring of Law, Fraud, Perjurys, with fines upto $25.000.000.⁰⁰ and 20 years in Prison.

(49) When rights secured by the Constitution are involved there can be No Rule Making or legislation which would Abragate them. Miranda vs. Arizona, 384, U.S. 436, p. 491.;

(50) "The Claim and exercise of a Constitutional Right cannot Be Converted into A Crime." Miller vs. U.S., 230 F2d. 486, 489.

(51) "The Officers of the Law, in the execution of process, are required to know the requirements of the Law, and if they mistake them, whether through Ignorance or design, and anyone is Harmed by their error, they must respond in damages." Roger vs. Marshall (United States use of Rogers vs. Conklin), 1 wall. (US) 644, 17 Led-714

(52) "Judges, Members of City Council, and Police Officers, as well as other public officials, May utilize good faith defense of action for damages under 42: 1983, But No Public Official has absolute immunity from suit Under the 1871 Civil Rights Statue." (Samuel vs. University of Pittsburg 395 F. Supp. 119." see also White vs. Fleming, 374. Supp. 267)

(53) When enforcing mere Statues, Judges of all Courts do Not act judicially, (and thus are Not Protected by "qualified" or "limited" immunity." See; Owen vs. City, 445 U.S. 662; Bothke vs. Terry, 713 F2d 1404) -- "but merely act as an extension as an agent for the involved agency -- but only in a "Ministerial" and Not a discretionary Capacity." Thompson vs. Smith, 154, S.E. 579, 583;)

(54) "Judges Not Only can be Sued over their Official acts, but could be Held liable for injunctive and declaratory Relief and Attorney fees." Lezama vs. Justice Court, A025829

(55) "The immunity of Judges for acts within their judicial role is beyond Civil." Pierson vs. Ray, 386 U.S. 547 (1951)

8

(56) "There is No Common Law Judicial immunity." Pulliam Vs. Allen, 104 Sct. 1970; cited in Lezama Vs. Justice Court, 4025829.

(57) Take Due Notice all Government Officials, Servants, Judges, Lawyers, Clerks, Employees;

(58) "Ignorance of the LAW DOES NOT EXCUSE MISCONDUCT IN ANYONE, least of all in a Sworn Officer of the LAW." In RE: McGowan, (1917), 177.C. 93.170 P. 1100

(59) "All are presumed to Know the Law." San Francisco Gas Co. Vs. Brickwedel (1882), 62 C. 641; Lincoln Vs. Superior Court, (1928) 95 C.A. 35, 271 P. 1107;

(60) "It's one of the fundamental Maxims of the Common Law that IGNORANCE of the Excuses NoOne" Daniels Vs. Dean, (1905). 2 CA. 421, 84 P. 332.

(61) "Judges acted in the face of Clearly Valid Statues or Case Law expressly Depriving Him of (Personal) Jurisdiction would be liable." Dykes Vs. Hosemann, 743 F. 2d 1488 (1984)

(62) In such case the Judge has lost his/her judicial Function, has become a mere private person, and is liable as a trespasser for Damages resulting for his/her unauthorized acts."

(63) "Where there is No Jurisdiction there is No Judge; the proceedings is as nothing. Such has been the Law from the day of the Marshalsea, 10 Coke 68; also Bradley Vs. Figher, 13 Wall, 335, 351."

(64) "A distinction must be here observed between excess of jurisdiction and the Clear absence of all jurisdiction over the subject-matter any authority exercised is a USURPED authority and for the exercise of such authority, When the Want of Jurisdiction is known to the Judge, No excuse is permissible." Bradley Vs. Fisher, 13. Wall 335, 351, 352.

(65) When acting to enforce A Statue and it's Subsequent Amendments to the present date, the Judge of the municipal Court is acting as an administrative officer and Not in a judicial Capacity; Courts administrating or enforcing Statues do Not act judicially, but merely magisterilly... but merely act as an agent For the involved agency - but only in a "Ministerial" and Not a "Discretionary" - Capacity..." Thompson Vs. Smith, 154. S.E. 579, 583; Keller Vs. V.P.E. 261 U.S. 428; F.R.C. Vs. G.E., 281, U.S. 464. (emphasis added).

(66) Defendants; U.S.D.C. Judge, U.S.D.C. Clerk, Attorney Mike Smiddy, Appell Attorney Richard Ritchie, Palo-Pinto County District Court Judge Micheal Moore, Palo-Pinto County District Attorney's Office and Staff; P.I ect., Mineral Wells Police Department and Police Officers, Clerk, Grand Jury and Trail Jury; including but Not limited; are Violating several inalienable-rights- and Protections and committing crimes and issuing Adverb/Verb Orders, Adverb/Verb opinions and communicating and Adverb/Verb phrase English or legalize.

page 10 of 15

(67.) These said Persons, groups and Departments have, Including but Not limited to, personal Injury, Pain and Suffering, Cruel and Unusual Treatment, Rape of my Mans Mind, Body, Soul, Holy Spirit, Sexual Harassment, Sexual Abuse, and Stalking (Open P.R.E.A. case) in T.D.C.J., County Jail, Public and Private Party. Due Process of Law, Under Color of Law, Fraud, Conspiracy. U.S. Constitutional Violations, all being Felony Federal Offenses...,

(68.) For the Violation of the Due-Process is with the Claim of the trail by the Jury.

(69.) For the Swearing of the Claim is with the Oath in the Truth, that all facts in this case are in the Now-Tense as a Noun-Jurisdiction. For the noun as the Verb is with the Verb-Fiction-Jurisdiction in the Fiction of an Opinion-Fiction.

(70.) For the witness with the knowledge is with the Claim for the party in the Truth for the Party of Vacation of the guilt is with the Vacation of the knowledge. For the Party of the "Not Guilty" is with the guilt as the Verb for the Corporation of the Court in the Verb-Joinder in the Fiction. For the Term; "No-Contest" = (Adverb/Verb) Is for the Same. 12241134134

(71.) When the parliamentary-Court of the Claim is with the Corporation-case-filing-with the joinder/unity with the fiction-civil authorities are with the fault of the Violation of the Party's Rights for grievance. For the military of the Claim is with the Control of the Court when the Civil-Authorities fail for the Claim of the pleadings of the party and for the Violations of the Charter-Vessel-Contract.

(72) For the fiction is with the arrest of the Military for the fictional with the Tort of the Party's-rights in the Court for the Kidnapping in the Neglect of the Title~42:U.S.C.S.~1986, for the knowledge of the Law for the Neglect of the Stopping and Correcting of the wrong for the Fiction-Language with the Fictitious-Language of the Title-18:U.S.C.S.~1001 and 1002 = (For the prison term of the 10 years or less, or the Fine of the 31-Troy-Ounces-of the .999-Fine Gold) in the Tort and Misprison of a Felony with the Title 18:U.S.C.S.~4, For the accessory after the Fact = with the Title 18:U.S.C.S.~Three (3) For the Tort of the claims of the Charter-Vessel-Citizen in the party by the Clerk of the Court and by the Officers of the Court in the written-paper of the Courts handwriting and by the Swearing into the Fraud and Perjury of the Oath by the Officers of the Courts.

73) For the Court written-motion is with the Fiction by the Modification of the written-word. For the Affirmation (outside of the Now-Time-quantum) of the perjury, (Fiction of the language-claims)-of this parliamentary (King)-Motion-Pleadings against the Party for the fiction parliamentary-courts of the written-pleadings are with the Charges in the future-Tense of the facts with the Vaction of the Now-Tense ~~of the facts with~~ -Jurisdiction with the Vacation of the Party for the Violation of the Due-Process with the Charges of the Vassalee for the Conclusion of the Plea with the Fiction-presumption of the Charges in the Court

of the fiction-Parliamentary-Court.

(74) All parties who proceed to act or assist in said actions, against this Claimant, Jose-Rex-Martinez-Jr., Without though, Verifiable, point-by-point Rebuttal of each and every point set forth in this Afficlavit Shall be immediatley charged with Criminal Fraud, Conspiracy against Rights, U.S. Constitutional Violations, and Criminal Felony - Federal Offenses and Commercial-Liens, shall be placed against all their real Personal Properties and For the Grand Total of Damages of $37,750,000.00 also listed in the Accounting of Damages Sustained.

(75) The failure to respond/rebut, as herein required to this Affidavit, within the here in the herein prescribed time of thirty (30 days) willbe deemed by this Affidavit to invoke the doctrine of acquiescence and admission, to recover, in Commerce, the lost of damaged properties plus-ained, penalties and Costs.

(76) That this Commercial Affidavit, Notice and Warning of Commercial Grace, is the one and only such Notice and Warning. If the Defendants Do Not within thirty (30) Days Immediatly Correct Docket and reopen Case Number - 4:20-cv-00147-A, Grant Relief in said case, Return all properties. Discharge all Civil/Criminal Charges against Plaintiff; Discharge Bond and Cases in the Trust/Legal Fiction; Jose-Rex-Martinez-Jr., it shall be considered a willfull Disreguard for this Notice and Warning and such shall engender the immediate filing of Criminal Complaints, (Affidavits of Obligation) and Commercial-Lien, (Affidavits of Information) Against all Living-Real-Persons.

(77) That the respondents Violation of Title; 18; 15; 42; U.S.C. and this Affidavit or response/rebuttal to said Claims or Charges, Created the mutually Voluntary, Consensval, Commercial, private contract by and between the Undersigned and Respondents' Failure of Respondents to properly rebut the statements Contained herein within (30) days, (Or in the alternative pay all damages listed herein to the Undersigned). Shall Constitute deliberate Criminal actions and willfull breach of and Default of the Agreement made by and between the Claimant and the Respondents/Defendants.

(78) The Lien Claimant does Not Rely On Title #15 as a Basis For the "Commercial-Lien; All Commercial Processes, by using or relying on notes or paper in Commerce, (e.g. Federal Reserve Notes), Must bear some sort of Federal tracking code, A County's Recorders Number or a Serial Number, which process must be accessible for Inspection at Nearest Relevant County Recorders Office or be widely advertised. When a Lien Matures in three (3) months, Ninety (90) days, by Default of the Lien Debtors through the Lien Debtors, failure to rebut affidavit of Obligation point-for-point categorically, it becomes an Account receivable in the ordenary sense

of a Collectable Debt upon which Assignments, Collateralization, and other Commercial Transaction can be Based, hence becomes A Security Subject to Observation, tracking, and regulation by the United States Securities and Exchange Commission.

(79.) The Notation "A Security-15-U.S.C." Is A Flag in Commerce telling the U.S. S.E.C. That a Speculation account is being established to enforce a Lien. The U.S. S.E.C. can then Monitor the Process, As long as the process is Truthful, open and above-board, (Full-Disclosure), the U.S. S.E.C. has No Jurisdiction over it, for even the U.S. S.E.C. has No Jurisdiction over the Truth of Testimony, Deposition, Affidavit, and Affidavit of Obligation (Commercial-Lien) and an unrebutted affidavit Stands as the Truth in Commerce.

(80.) When Affidavit is so flagged in Commerce, it becomes a Federal Document because it Could become translated into A-Security (For example by being attached in support of a Commercial-Lien, and not accepting and/or Filing a Commercial-Affidavit becomes A Federal Offense.

(81.) This instrument was prepared by Jose-Rex-Martinez-Jr., and I Affirm under the penalties for perjury, that I have taken reasonable care to redact each Social Security, Number in this document, unless required by Law.

Signed By: _____ Date: 08/03/2020

## Accounting of Damages Sustained...

(1) Violation of Title 42: U.S.C.S. - 1983: Personal Damages; $10,000,000.00

(2) Violation of Title -18: U.S.C.S. - 1512: Obstruction of Law; $250,000.00

(3) Violation of Title -18: U.S.C.S. - 242: Ailing = Corruption at the Start/Beginning, Under Color of Law; $250,000.00

(4) Violation of Title -18: U.S.C. §4 Misprison of Felony; $250,000.00

(5) Violation Title -42: U.S.C.S. -1986; Knowledge and Stop-Correct-Wrongs; $250,000.00

(6) Violation - F.R.C.P. -9-B; Fraud by Confession; $250,000.00

(7) Violation of Title -15: U.S.C.S. - 1692 (E); Fraud and Misleading Statements; $250,000.00

(8) Violation of Title -15: U.S.C.S. -78-FF: Penalty's; $250,000.00

(9) Violation of Title -42: U.S.C.S. - 1985-1; Conspiracy-Civil; $250,000.00

(10) Violation of Title -42: U.S.C.S. -1985-2; Obstruction Evidence and Witness; $250,000.00

(11) Violation of Title -18: U.S.C.S. -241; Conspiracy against Rights; $250,000.00

(12) Violation of Title -18: U.S.C.S. - 241: Criminal-Conspiracy; $250,000.00

(13) Violation of Title -18: U.S.C.S. -1986: Criminal Participation Knowledge; $250,000.00

### Grand Total of Damages Sustained...

$37,750,000.00

## "Relief Sought"

Wherefore, I Jose-Rex-Martinez-Jr., Man, rightfully and respectfully move the court to discharge any and all fraudulent charges Bonds, Civil/criminal against Jose-Rex-Martinez-Jr., Also immediatley after 30 days from the day of filing of this instrument "A-Security-15-U.S.C." Criminal Complaints (Affidavit of information) and Commer-cial Lien (Affidavit of Obligation) be placed against all Defendants, (Living-Real-Persons); after 60 days Commercial Grace. Default Judgement be Entered and each Defendant Be Ordered to Pay Plaintiff Damages of the Amount of $37,750,000.00 and all Defendants be charged with Federal Felony Offenses of Fraud, Conspiracy, Constitutional Violation and Violation of Title's 42:, 15:, 18:, U.S.C. and U.S.C.S., (And/or in the alternative reopen case No. 4:20-CV-00147-A.., Grant Plaintiff Relief and Pay all Damages listed in referenced case.) and a restraining orders be placed against all Defendants and Departments... All parties of intrest are to send all future Correspondences in C/o the Clearly designed Number place on the mail-box indicated at geographical location listed herein, Via U.S. Mail, Correspondence sent otherwise will Not satisfy "Proper Service" and will be deemed contrary to proper communications. I am sure that all lawfull parties interested in Rebutting and Refuting Fraud and seeking to correct the commonly used methods of "Malfeasance" and "Mail Fraud" by which such unconstitutional acts have been commonly committed through "Misrepresentations". Coneley Vs. Gibson. 355 U.S. 41, 45,-45,-46, (1957). Please Send Plaintiff A Copy.

This legal Notice to Principals is legal Notice to Agent: and this Legal Notice is a Legal Notice to Principal.

Presented For the Record in Good Faith;

Jose Rex Martinez #02276708
Fort Stockton N5 Unit
1536 IH-10 East
Fort Stockton Texas 79735

JS 44 (Rev. 08/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

FILED
AUG 10 2020
David J. Bradley, Clerk of Court

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff   Pecos County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Tarrant County
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro-Se  Fort Stockton Unit, 1536 IH-10
Jose-Rex-Martinez Jr #02276708
Fort Stockton Texas 79735

Attorneys *(If Known)*  ??

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☒ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 196 Franchise | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☒ 890 Other Statutory Actions |
| | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations / ☐ 530 General | | | ☒ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation - Transfer
- ☐ 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: "A-Security-15-U.S.C."

Brief description of cause: Violations of 11th and 14th Amendment Rights, Conspiracy, FRAUD
FRAUD Against A Federal Document

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $  37,750,000.00
(each) $39,000,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*

JUDGE _____    DOCKET NUMBER _____

DATE  08-03-2020

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

Jose Martinez Jr. #02276708
Fort Stockton Unit Unit
1536 IH-10 East
Fort Stockton, Texas
79735

United States District
Southern District of Texas
FILED
AUG 10 2020
David J. Bradley, Clerk of Court

Clerk, United States District Court
Southern District of Texas
United States Court House
P.O. Box 61010
Houston, Texas
77208

MIDLAND TX
WED 05 AUG